## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ORSINIA LAPASEOTES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 7:06CV5006 |
| vs. | ) | |
| | ) | ORDER |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **May 25, 2007, at 2:30 p.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 20th day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge