IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA
NORTH PLATTE DIVISION

| | |
|---|---|
| ORSINIA LAPASEOTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 7:06-CV-05006-JFB-TDT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

The parties have stipulated to the dismissal of the complaint, (Filing No. 1), and counterclaim, (Doc. 11), with prejudice, by stipulation dated November 19, 2007. (Filing No. 19.) Accordingly, pursuant to Federal Rule of Civil Procedure 41, the Court orders that this matter is hereby DISMISSED.

IT IS SO ORDERED.

DATED:  November 13, 2007

s/ Joseph F. Bataillon
Chief District Judge

Respectfully submitted by:
JOE W. STECHER
United States Attorney

   s/ Jacqueline Brown
Jacqueline C. Brown, NY Bar member
Attorney for Defendant
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 616-9482
Fax: (202) 514-6770
E-mail: jacqueline.c.brown@usdoj.gov